IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL EDWARD MYERS                                            PLAINTIFF

v.                          CASE No. 09- 2085

SENIOR ACTIVITY CENTER                               DEFENDANT

### ORDER

Carl Edward Myers submitted this pro se action for filing pursuant to Title VII of the Civil Rights Act and the Age Discrimination in Employment Act. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to provisionally file the complaint and the Motion to Proceed *in forma pauperis*.

The undersigned will determine at a later time whether *in forma pauperis* status should be granted and whether the complaint should be served on the defendant.

IT SO ORDERED this 1st day of July 2009.

                                                 HON. JAMES R. MARSCHEWSKI
                                                 UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 13 2009
CHRIS R. JOHNSON, CLERK
BY _____, DEPUTY CLERK