IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL EDWARD MYERS                                                                PLAINTIFF

v.                                          CASE No. 09-2085

SENIOR ACTIVITY CENTER                                                      DEFENDANT

## O R D E R

Plaintiff's complaint has been filed pursuant to Title VII of the Civil Rights Act and the Age Discrimination in Employment Act. Before the undersigned are the issues of whether *in forma pauperis* status should be granted and whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Carl Edward Meyers, complete and sign the attached addendum to his complaint, and return the same to the court **by August 10, 2009. Plaintiff is advised that should he fail to return the completed and executed addendum by August 10, 2009, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 13th day of July, 2009.

                                                               */s/ J. Marschewski*
                                                           HON. JAMES R. MARSCHEWSKI
                                                           UNITED STATES MAGISTRATE JUDGE